April 29, 2014

Client
Case No.: 1:14-cv-00258-RJJ

## Report of Examination

On April 22, 2014, _____ produced three (3) personal electronic items for examination. The items included an iPhone 4 (" _____ ", an iPad 3G (S _____ ) d a Dell laptop ( Service Tag: _____ ). The Dell Latitude laptop contained a Seagate Momentus 250 GB HDD ( S _____ ).

_____ alleged that these three (3) presented personal electronic devices encompass all of the personal electronic devices owned by _____ and / or _____ employer that were connected to _____ home network by _____ from 11/16/2013 through 2/10/2014. _____ also alleges that _____ had taken the Dell laptop with _____ to _____ from 2/5/2014 through 3/27/2014.



EXHIBIT F

# iPhone ( ) Examination

I used Lantern 3 to acquire and examine the iPhone. Below is a summary of the device:

**Device Information**

The iPhone contains three thousand five hundred twenty-nine (3,529) photos and three hundred thirteen (313) media items. I have reviewed the photos and media items and found there to be zero (0) pornographic files on the iPhone. The following Apps (applications) are installed on the iPhone:

| | | Vendor | Category | Hashes |
|---|---|---|---|---|
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |
| | | | | MD5: (null) SHA1: (null) |

None of the above listed Apps are BitTorrent Apps. It is my opinion that the examined iPhone was not used to infringe on Plaintiff's copyrights.

2

## iPad ( ) Examination

I used Lantern 3 to acquire and examine the iPad. Below is a summary of the device:

**Device Information**

The iPad contains three hundred fifteen (315) photos and fifty-six (56) media items. I have reviewed the photos and media items and found there to be zero (0) pornographic files on the iPhone. The following Apps (applications) are installed on the iPad:





None of the above listed Apps are BitTorrent Apps. It is my opinion that the examined iPad was not used to infringe on Plaintiff's copyrights.

4

<u>Seagate 250GB HDD ( S          ) Examination</u>

I extracted the hard drive from the Dell laptop ( Service Tag: 354G1M1) which was a Seagate Momentus 250 GB HDD ( S/N            ). I connected the hard drive to a Wiebetech write-blocker which is used to prevent inadvertent writes to the evidence item. I then used X-Ways Forensics 17.6 SR-1 x64 to create a forensic image of the evidence drive with the following results:

After successfully creating a forensic image, I used X-Ways Forensics 17.6 SR-1 x64, Internet Evidence Finder 6, MiTec Windows Registry Recovery 1.5.2.0, and RegRipper v 2.5 to examine the copy of the produced hard drive.

The Microsoft Windows Operating System contains registry files which maintain system properties, settings, and preferences. I found the following information while examining registry files contained on the examined system:

| | | |
|---|---|---|
| Windows internal version | | 04/16/2013 07:06:14 |
| Windows installation date | | 04/16/2013 07:06:14 |
| Windows product ID | | 04/16/2013 07:06:14 |
| Windows CD key | | 04/16/2013 07:06:14 |
| Windows name | | 04/16/2013 07:06:14 |
| Windows build number | | 04/16/2013 07:06:14 |

The above information indicates that Windows 7 Professional was installed on the examined system on 10/13/2011.

5

The following networks have been connected to by the examined system:



It should be noted that the gogoinflight wireless network was last connected to by the examined machine on 2/5/2014. Gogoinflight is a wireless internet service provider for travelers. An excerpt from their website ( gogoair.mediaroom.com) is included below:

I examined the Software registry hive and discovered the following startup applications:



It should be noted that zero (0) of the startup applications are a BitTorrent programs. I also examined current and deleted files in the Program Files folder and did not find evidence that a BitTorrent program is or ever was installed on the examined system.

I used X-Ways Forensics to recover deleted files from the examined system. I then reviewed all one hundred ninety-one thousand two hundred fifty-eight (191,258) picture files and seven hundred ninety-six (796) movie files. I found zero (0) pornographic files. I also sorted the picture and video files alphabetically by name and noticed that zero (0) of the files' names correspond with Plaintiff's Exhibit B.

I noticed the following user accounts exist on the examined machine:

I examined the NTUSER.DAT file for the _____ user which contains preferences and a record of past activities for the user. The NTUSER.DAT file for a user keeps track of files that are opened and saved, internet activities, and other activities. I searched the files that were opened and saved and the internet activities and found there to be no apparent interest in pornography. It is my opinion that the examined Dell laptop was not used to infringe on Plaintiff's copyrights.

7

## Conclusion

M[redacted] produced three (3) personal electronic devices for examination. None of the three (3) devices contain pornographic material nor contain evidence that a BitTorrent program is or was ever was installed. It should also be noted that zero (0) of the items from Plaintiff's Exhibit B were found on any of the personal electronic devices produced by [redacted]. I found zero (0) pornographic files on the three (3) examined devices. The Dell laptop was connected to the gogoinflight wireless network on 2/5/2014. This is consistent with [redacted] y that laptop was in Hawaii on 2/10/2014. This means that laptop would not have been connected to home network on 2/10/2014. I have worked on an excess of one hundred (100) cases involving pornography. It is my opinion that the data contained within the three (3) examined devices does not indicate a user that is interested in pornography.